**UNPUBLISHED ORDER**

Not to be cited per Circuit Rule 53

# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

November 17, 2005

*Before*

**Hon. William J. Bauer,** *Circuit Judge*
**Hon. Kenneth F. Ripple,** *Circuit Judge*
**Hon. Diane P. Wood,** *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff-Appellee,<br><br>No. 02-2833       v.<br><br>DWIGHT D. LARSON,<br>  Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 01 CR 20041<br>]<br>] Michael P. McCuskey,<br>]       Chief Judge. |

O R D E R

This case comes back to us following a limited remand under *United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005). The district court determined that "it would have imposed the same term of supervised release on Defendant even if it was aware that the sentencing guidelines were merely advisory." We invited the parties to file memoranda addressing the appropriate disposition of the appeal in light of the district court's statement, but neither did so.

Sentences properly calculated under the sentencing guidelines are presumptively reasonable, *United States v. Mykytiuk*, 415 F.3d 606, 608 (7th Cir. 2005), and defendant Larson's failure to file a response leaves that presumption un-rebutted. His sentence does not appear to be unreasonable and is therefore AFFIRMED.